# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER DELORGE,
Appellant,

vs.

LISA M. DELORGE,
Respondent.

No. 79277

**FILED**

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order entering judgment on alimony arrears. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

NRAP 3A(b)(8) permits an appeal from a special order after final judgment, which is an order that affects the rights of any party arising from the final judgment. *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002). Here, the challenged order enforces a prior alimony award and does not revise any rights or liabilities of the parties. Thus, the order is not appealable as a special order after final judgment. As no other statute or court rule appears to authorize this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-36995

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Christopher DeLorge
Kelleher & Kelleher, LLC
Eighth District Court Clerk